IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN MARIE BALL,<br>Petitioner | : | CIVIL ACTION |
| v. | : | No. 09-1918 |
| MARIROSA LAMAS, et al.,<br>Respondents | : | |

### ORDER

**BERLE M. SCHILLER, J.**

AND NOW, this 9 day of May, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED with prejudice;

3. The motions for appointment of counsel are DENIED;

4. The requests for an evidentiary hearing and discovery are DENIED;

5. There is no probable cause to issue a certificate of appealability; and

6. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.