IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN MARIE BALL, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARIROSA LAMAS, et al., | : | No. 09-1918 |
| Respondents. | : | |

## ORDER

**AND NOW**, this **18th** day of **April**, **2013**, upon consideration of Petitioner's Motion for Extension of Time to Appeal Under Federal Rule of Appellate Procedure 4(a)(5), and for the reasons set forth in the Court's Memorandum dated April 18, 2013, it is hereby **ORDERED** that the motion (Document No. 32) is **GRANTED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**